■ CLIFFORD G. VOGELSANG, Respondent, v HAROLD MC-QUESTION, Appellant, et al., Defendant.—Order unanimously affirmed with costs *(see, Matter of Pigott Constr. Intl. v Rochester Inst. of Technology,* 84 AD2d 679). (Appeal from order of Supreme Court, Erie County, McGowan, J.—dismiss action.) Present—Denman, J. P., Green, Pine, Balio and Lawton, JJ. *[See,* 136 Misc 2d 176.]